UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:13-cr-411-T-30EAJ

ROBERT L. WIMBUSH

**FORFEITURE MONEY JUDGMENT AND
PRELIMINARY ORDER OF FORFEITURE FOR SPECIFIC ASSET**

THIS CAUSE comes before the Court upon the United States' Motion (Doc. 33) for:

(1)     A Forfeiture Money Judgment in the amount of $9,530.00; and

(2)     A Preliminary Order of Forfeiture for $1,272.00 in United States currency seized from the defendant on April 10, 2013.

Being fully advised of the relevant facts, the Court hereby finds that at least $9,530.00 in proceeds was obtained from the access device fraud to which the defendant pled guilty, and that the seized currency constitutes proceeds of the crime.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 33) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(2)(B) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $9,530.00.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(2)(B) and Rule 32.2(b)(2), the seized currency is hereby forfeited to the United States for disposition according to law.

The net proceeds from the seized currency shall be credited toward satisfaction of the defendant's forfeiture money judgment.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 10th day of March, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Odd\2013\13-cr-411 forfeit mj 33.docx

2