UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               Case No. 8:13-cr-411-T-30EAJ

ROBERT L. WIMBUSH

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 43), pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for $1,272.27 in United States currency.

On March 10 2014, the Court entered a $9,530.00 Forfeiture Money Judgment, and a Preliminary Order of Forfeiture for $1,272.27 in United States currency, pursuant to pursuant to 18 U.S.C. § 982(a)(2)(B).  Doc. 34.

In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from March 11, 2014 through April 9, 2014.  Doc. 36.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.   No third party has filed

a petition or claimed an interest in the assets, and the time for doing so has expired. Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 43) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 14th day of May, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

S:\Odd\2013\13-cr-411 forfeit FJ 43.docx